IN THE UNITED STATES COURT OF
APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| Makueeyapee D. Whitford<br><br>                Plaintiff-Appellant,<br><br>v.<br><br>Jim Salmonsen, et al<br><br>                Defendants-Appellees. | No. 24-3177 |

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE THE APPELLANT'S OPENING BRIEF**

    Appellant respectfully requests a 30-day extension in which to file his opening brief from the current deadline of October 18, 2024 to November 18, 2024. Counsel for the Appellees has no objection.

1. Undersigned Counsel has recently entered an appearance on September 23, 2024.

2. Undersigned Counsel has pressing trial court deadlines that were recently set, including emergency matters in *California Coalition for Women Prisoners v. Bureau of Prisons*, 4:23-cv-04155-YGR (N.D. Cal.) and 20 related damages cases. Undersigned Counsel is also preparing for trial in *Voices of the Experienced v. LeBlanc*, 3:23-cv-1304-BAJ-EWD (M.D. La.), which is set to begin on November 18, 2024.

1

3. Counsel's organization has had extensive and sudden personnel transitions, including the lead attorney in the two aforementioned trial matters leaving the organization and withdrawing from those cases, and another attorney going on parental leave sooner than expected. Undersigned Counsel is the remaining attorney from Counsel's organization on those matters.

4. This Court has thus far granted the Appellant one Streamlined Request for Extension of Time to File Brief on September 12, 2024 for 30 days.

5. This is Appellant's second request for extension of his time in which to file his opening brief.

6. Appellant contacted Appellee's counsel who has no objection to this motion for a 30-day extension.

7. The court reporter is not in default with regard to any designated transcripts.

8. I have exercised diligence and I will file the brief within the time requested.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 30-day extension of time, up to and including November 18, 2024 in which to file his opening brief.

Respectfully submitted,

*/s/ Amaris Montes*
Amaris Montes
Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Appellant's Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: October 9, 2024

>  /s/ *Amaris Montes*
> Amaris Montes
>
> Rights Behind Bars
> 416 Florida Avenue NW, #26152
> Washington, DC 20001

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 302 words.

Date: October 9, 2024

                                      */s/ Amaris Montes*
                                      Amaris Montes

                                      Rights Behind Bars
                                      416 Florida Avenue NW, #26152
                                      Washington, DC 20001