No. 24-3340, 34-3177
_____

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT
_____

MAKUEEYAPEE D. WHITFORD

*Plaintiff-Appellant*,

v.

JIM SALMONSEN, et al.,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Montana
Cause No. 22-70-H-BMM-JTJ
Hon. Brian Morris

_____

### SUPPLEMENTAL EXCERPTS OF RECORD INDEX
_____

Blake Robertson Koemans
State of Montana
302 N. Roberts St.
Helena, MT 59620-1440
406-444-3029
Blake.Koemans2@mt.gov

*Attorneys for Appellee-Cross-Appellant*
Jim Salmonsen
Brian Gootkin

## EXCERPT OF RECORD INDEX

| DATE | RECORD REFERENCE | DOCUMENT TITLE | SER VOL # | SER # |
|---|---|---|---|---|
| **VOLUME 1** | | | | |
| 09/22/23 | Doc. 56-7 | Defendants' Statement of Undisputed Facts Exhibit D (Plaintiff's Disciplinary File.) | 1 | 1-SER-2 |
| **VOLUME 2** | | | | |
| 09/22/23 | Doc. 56-7 | Defendants' Statement of Undisputed Facts Exhibit D (Plaintiff's Disciplinary File cont.) | 2 | 2-SER-302 |